# REPORTS OF CASES ADJUDGED

## IN THE

# SUPREME COURT OF PORTO RICO

---

LÓPEZ v. CÓRDOVA DÁVILA, DISTRICT JUDGE.

APPLICATION for a Writ of *Certiorari*.

No. 87.—Decided January 10, 1912.

CERTIORARI—SUBSTANTIVE LAW—ERRONEOUS CONSTRUCTION.—Where the only error assigned in a petition for a writ of *certiorari* is the erroneous construction of a principle of substantive law and not one of procedure or of jurisdiction the writ does not lie and the petition will be denied.

*Mr. Rafael López Landrón* for petitioner.

### DECISION BY THE COURT.

As the only error assigned in this petition involves merely a question of construction of a principle of substantive law and not one of procedure or of jurisdiction, this court, following the decisions in *Núñez* v. *District Court* (p. 190); *Axtmayer* v. *Aldrey* (p. 623); and *Martínez* v. *Soto Nussa* (p.676), volume 14 of the Porto Rico Reports, hereby denies the application made herein for a writ of *certiorari*.

*Petition denied.*

Chief Justice Hernández and Justices MacLeary, Wolf, del Toro and Aldrey concurred.